IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MARY REFT,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
J.C. PENNEY COMPANY, INC.　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　)
_____　)　Case No. 3AN-20-_____CI

## COMPLAINT

NOW COMES the Plaintiff, Mary Reft, by and through her undersigned attorneys, Crowson Law Group, and sues Defendant, alleging as follows:

1. Plaintiff Mary Reft, for all times mentioned herein, was a resident of Karluk, State of Alaska.

2. Defendant J.C. PENNEY COMPANY, INC is a Delaware Corporation authorized to do business in Alaska.

3. At all times herein mentioned, upon information and belief Defendant was the owner and/or manager of the property where the subject accident giving rise to this action occurred.

4. The accident described below occurred at the entrance/exit to the property known as the J.C. Penney's Store located at 406 W. 5th Avenue, Anchorage, Alaska 99501 and, as a result, venue properly lies with this court.

CROWSON
LAW GROUP
637 A STREET
ANCHORAGE, ALASKA
99501
907-677-9393

1981 E. PALMER-WASILLA HWY.
SUITE #220
WASILLA, ALASKA
99654

*Reft v. JC Penney*
Plaintiff's Complaint
Page 1 of 5

EXHIBIT ___A___
Page ___1___ of ___5___

Case 3:20-cv-00106-JWS   Document 1-1   Filed 05/08/20   Page 1 of 5

5. Jurisdiction properly lies with this honorable Court.

6. That on or about March 27, 2019 the Defendant owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or maintain, both individually and by and/or through its agents, servants and/or employees, a certain premise known as the JC Penny's Store.

7. At the aforesaid time and place, Plaintiff was lawfully on said premises.

8. At the aforesaid time and place, the Defendant, individually and/or by and through its agents, servants and/or employees maintained the aforementioned premises including entrance and exits to said premises in such a manner where the areas became and/or caused an injury hazard when they permitted a uneven, deteriorated and dirty floor mat to exist inside the building at the entrance/exit presenting a hidden danger and dangerous walking surface of the premises.

9. At the aforesaid time and place, as the Plaintiff was walking to exit the store, she was caused to step onto the floor mat or carpet on the floor surface and was caused to fall on the ground sustaining severe and permanent injuries.

10. At the aforesaid time and place, the Defendants, individually and/or by and through its agents, servants and/or employees, had a duty to maintain the aforementioned premises, including said walking surface, in a reasonably safe condition for persons lawfully on said premises, to include the Plaintiff herein.

11. At the aforesaid time and place, the Defendant, by and through its agents, servants and/or employees, disregarded said duty and failed to properly inspect, maintain, clean, remove, clear the aforementioned walking surface of the aforementioned

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501
907-677-9393

1981 E. PALMER-WASILLA HWY.
SUITE #220
WASILLA, ALASKA
99654

Reft v. JC Penney
Plaintiff's Complaint
Page 2 of 5

EXHIBIT A
Page 2 of 5

Case 3:20-cv-00106-JWS   Document 1-1   Filed 05/08/20   Page 2 of 5

premises, allowing and/or causing the walking surface to develop and present a dangerous condition which resulted in causing Plaintiff to trip/slip and fall.

12. At the aforesaid time and place, the Defendant, as the maintainer of the aforementioned premises, either individually or by and through its agents, servants and/or employees acted with less than reasonable care and was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    a. Improperly operated, managed, maintained and controlled its premises in failing to properly maintain the aforementioned walking surface on the premises;

    b. Failed to remedy damage to the surface of the aforementioned walking surface of the premises for an unreasonable length of time.

    c. Failed to warn the Plaintiff and other persons lawfully on said premises of the dangerous condition when Defendant knew or should have known in the exercise of ordinary care that said warning was necessary to prevent injury to the Plaintiff or others legally on the premises.

    d. Failed to make a reasonable inspection of its premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to the Plaintiff and others lawfully on the premises.

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

1981 E. PALMER-WASILLA HWY.
SUITE #220
WASILLA, ALASKA
99654

*Reft v. JC Penney*
Plaintiff's Complaint
Page 3 of 5

EXHIBIT A
Page 3 of 5

Case 3:20-cv-00106-JWS   Document 1-1   Filed 05/08/20   Page 3 of 5

e. Failed to perform/provide walking surface maintenance in accordance with any and all written agreements and/or contracts such as to avoid hazards to develop.

f. Failed to perform/provide walking surface maintenance in accordance with custom and practice in the industry resulting in the development and presence of the dangerous conditions at the location of said accident.

g. Was otherwise careless and negligent in the operation of its premises.

13. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendants, Plaintiff sustained severe and permanent injuries; both internally and externally, and was and will be hindered and prevented from attending to her usual duties and affairs of life, and has lost and will in the future lose value of that time as aforementioned.

14. As a direct and proximate result of the aforesaid careless and negligent acts the Plaintiff then and there suffered great pain and anguish, both in mind and body and will in the future continue to suffer. The Plaintiff further expended and will expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff prays for judgment against the Defendants in such an amount in excess of this Court's jurisdictional requisite as will fairly and adequately

CROWSON
LAW GROUP
637 A STREET
ANCHORAGE, ALASKA
99501
907-677-9393

1981 E. PALMER-WASILLA HWY.
SUITE #220
WASILLA, ALASKA
99654

*Reft v. JC Penney*
Plaintiff's Complaint
Page 4 of 5

EXHIBIT A
Page 4 of 5

Case 3:20-cv-00106-JWS   Document 1-1   Filed 05/08/20   Page 4 of 5

compensate the Plaintiff for her injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

WHEREFORE, Plaintiffs prays judgment against Defendants as follows:

1. For general damages.

2. For all medical and incidental expenses according to proof.

3. For costs of suit herein incurred.

4. That this case be tried by jury.

5. For such other and further relief as the court may deem proper.

Respectfully submitted on this the 15th day of January 2020.

CROWSON LAW GROUP
*Attorney for Plaintiff*

By: _____
Timothy Twomey
ABA #0505033
tim@crowsonlaw.com

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

1981 E. PALMER-WASILLA HWY.
SUITE #220
WASILLA, ALASKA
99654

*Reft v. JC Penney*
Plaintiff's Complaint
Page 5 of 5

EXHIBIT A
Page 5 of 5

Case 3:20-cv-00106-JWS   Document 1-1   Filed 05/08/20   Page 5 of 5